IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02912–CMA–KMT

REGAS CHRISTOU,
R.M.C HOLDINGS, L.L.C. D/B/A THE CHURCH,
BOUBOULINA, INC. D/B/A VINYL,
MOLON LAVE, INC. D/B/A 2 A. M.,
CITY HALL, LLC,
1037 BROADWAY, INC. D/B/A BAR STANDARD F/K/A THE SHELTER,
776 LINCOLN ST., INC. D/B/A/ FUNKY BUDDHA LOUNGE
1055 BROADWAY, INC. D/B/A THE LIVING ROOM,

    Plaintiffs,

v.

BEATPORT, LLC,
BRADLEY ROULIER,
BMJ&J, LLC D/B/A BETA NIGHTCLUB AND BEATPORT LOUNGE,
AM ONLY INC.,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
REQUESTING ISSUANCE OF LETTER OF REQUEST**

---

This matter is before the court on Plaintiffs' "Unopposed Motion Requesting Issuance of Letter of Request." (Doc. No. 68, filed June 3, 2011). The court, being fully advised in the premises, hereby

ORDERS that the Court will execute and transmit the attached Letter of Request. The

Clerk shall make arrangements for Plaintiffs to obtain the original, signed documents.

Dated this 8th day of June, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge