IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02912-RBJ-KMT

REGAS CHRISOU,
R.M.C. HOLDINGS, LLC d/b/a The Church,
BOUBOULINA, INC., d/b/a Vinyl,
MOLON LAVE, INC., d/b/a 2 A.M.,
CITY HALL, LLC
1037 BROADWAY, INC., d/b/a Bar Standard f/k/a The Shelter,
776 LINCOLN ST., INC., d/b/a Funky Buddha Lounge, and
1055 BROADWAY, INC., d/b/a The Living Room,

    Plaintiffs,

v.

BEATPORT, LLC,
BRADLEY ROULIER,
BMJ&J, LLC d/b/a Beta Nightclub and Beatport Lounge, and
AM ONLY INC.,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **three-week jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **June 24, 2013 at 9:00 a.m.**

A Trial Preparation Conference is set for **June 7, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 15th day of May, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge