IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02912–RBJ–KMT

REGAS CHRISTOU,
R.M.C HOLDINGS, L.L.C. D/B/A THE CHURCH,
BOUBOULINA, INC. D/B/A VINYL,
MOLON LAVE, INC. D/B/A 2 A. M.,
CITY HALL, LLC,
1037 BROADWAY, INC. D/B/A BAR STANDARD F/K/A THE SHELTER,
776 LINCOLN ST., INC. D/B/A/ FUNKY BUDDHA LOUNGE
1055 BROADWAY, INC. D/B/A THE LIVING ROOM,

    Plaintiffs,

v.

BEATPORT, LLC,
BRADLEY ROULIER, and
BMJ&J, LLC D/B/A BETA NIGHTCLUB AND BEATPORT LOUNGE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Stipulated Motion to Set Dates Certain for Pre-Trial Deadlines" (Doc. No. 170, filed May 22, 2012) is GRANTED in part. Consistent with the Final Pretrial Order entered on May 15, 2012 (Doc. No. 169), the following deadlines are established as dates certain:

    –Counsel for the parties shall meet and confer regarding exhibit stipulations on or before **February 22, 2013**
    –Motions in Limine, if any, shall be filed no later than **March 26, 2013**
    –Motions seeking to preserve the testimony of out-of-state witnesses, if necessary, shall be filed no later than **March 26, 2013**
    –Counsel for the parties shall exchange copies of exhibits no later than **April 25, 2013**
    –Objections to exhibits pursuant to Fed. R. Civ. P. 26(a)(3) shall be filed no later than **May 9, 2012**

However, the court finds it inappropriate to set dates certain for the remaining pre-trial deadlines.  The Final Pretrial Order reflects only that the parties "request dates certain for the submission of jury instructions, deposition designations, and trial briefs"; no dates were actually set by this court in entering the Final Pretrial Order.  (Doc. No. 169 at 24.)  Because each of these deadlines are intimately related to trial set in this matter, they are province of District Judge R. Brooke Jackson and, therefore, should not be set by the Magistrate Judge.

Dated: May 24, 2012