IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera          Date: July 11, 2012
Court Reporter:   Kara Spitler

Criminal Action No. 10-cv-02912-RBJ-KMT

*Parties*:                              *Counsel*:

REGAS CHRISTOU,                         Jeffrey Vail
R.M.C. HOLDINGS, LLC,
BOUBOULINA, INC.,
MOLON LAVE, INC.,
CITY HALL, LLC,
107 BROADWAY, INC.,
776 LINCOLN ST., INC., and
1055 BROADWAY, INC.,

    Plaintiffs,

v.

BEATPORT, LLC,                          George Berg, Jr.,Katherine Pratt, and Patrick
                                        Haines
BRADLEY ROULIER, and                    Martin Beier
BMJ&J, LLC,

    Defendants.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**     **1:30 p.m.**

Appearances of counsel.

1:32 p.m.     Argument by Mr. Berg as to Defendants' Combined Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) and Request for Oral Argument Doc.# [148].

**Court in recess:**     2:50 p.m.
**Court in session:**    3:00 p.m.

Argument by Mr. Beier.

3:21 p.m.       Argument by Mr. Vail.

4:28 p.m.       Rebuttal argument by Mr. Berg.

Discussion regarding Daubert motions.

**ORDERED:**  Defendants' Combined Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) and Request for Oral Argument Doc.# [148] is Taken Under Advisement.

**Court in recess:**     4:47 p.m.

Hearing concluded.

Total time:     3:07