IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera<br>Court Reporter:   Kara Spitler | Date: July 10, 2013 |

Civil Action No. 10-cv-02912-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| R.M.C. HOLDINGS, LLC, and<br>BOUBOULINA, INC., | Jeffrey Vail<br>Kenzo Kawanabe |
| Plaintiffs, | |
| v. | |
| BRADLEY ROULIER, and<br>BMJ&J, LLC, | Lisha McKinley<br>Martin Beier<br>Robert Marsh |
| Defendants. | |

COURTROOM MINUTES

Trial to Jury - Day Eleven.

**Court in session**:   **9:06 a.m.**

Jury present.

9:06 a.m.    Closing argument by Mr. Vail.

**Court in recess:    10:00 a.m.**
**Court in session:   10:17 a.m.**

Jury present.

10:17 a.m.    Closing argument by Mr. Beier.

11:21 a.m.      Rebuttal closing argument by Mr. Vail.

11:32   Jury excused to begin deliberation.

**Court in recess:**     **11:33 a.m.**
**Court in session:**    **2:23 p.m.**

Jury not present.

Discussion regarding the jurors' question and proposed answer.

Counsel agree on the proposed answer.

The written answer will be given to the jury.

**Court in recess:**     **2:26 p.m.**
**Court in session:**    **3:29 p.m.**

Jury present.

Foreperson confirms that the jury has reached a unanimous verdict and delivers same to the Court via the bailiff.

Court gives the jury closing instructions.

Court reads the verdict.[1]

Jury excused with the thanks of the court.

Closing remarks by the Court.

**Court in recess:**     **3:40**

Trial continued.
Total Time: 02:24

---

[1] Clerk's Note: Exhibits and depositions have been returned to counsel. Pursuant to General Order 2007-03 the original Verdict Form has been filed conventionally by delivery to the clerk's office. A representation of the Verdict Form is attached to the court minutes.