IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2010-cv-02912-RBJ-KMT

R.M.C. HOLDINGS, L.L.C. D/B/A THE CHURCH,
BOUBOULINA, INC. D/B/A VINYL,

v.

BEATPORT, LLC,
BRADLEY ROULIER

## PLAINTIFFS' FINAL WITNESS LIST

| WITNESS | PROPOSED LENGTH OF TESTIMONY (not including cross-examination) |
|---|---|
| Jonny Shuman   6-25-13 | 2-3 hours |
| Regas Christou   6-26-13 | 2-3 hours |
| Brad Roulier   6-27-13 + 6-28-13 | 6-7 hours |
| Thomas Turner   6-28-13 | 1-2 hours |
| Thomas Havens   7-1-13 | 1 hour |
| Steve Christou   7-1-13 | 1 hour |
| Veronica Smith   6-28-13 | 1 hour |
| Matt Adell (depo)   7-3-13 | 1 hour |
| Paul Morris (depo)   6-28-13 | 30 minutes |
| Alex Chaykin (depo)   7-1-13 | 30 minutes |
| Matt Rodriguez (depo)   7-1-13 | 30 minutes |
| Christine Saviero (depo)   7-3-13 | 30 minutes |
| Ryan Saltzman (depo)   7-2-13 | 30 minutes |
| Owen Phillips   7-1-13 and 7-2-13 | 5-6 hours |
| Jay Freedberg | 2-3 hours |
| (may call)<br>April Chase<br>Doug Bohm<br>T. Hristopolous | |
| REBUTTAL WITNESSES<br>Owen Phillips<br>April Chase<br>Doug Bohm<br>(others depending on Defendants' testimony) | |