PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT       PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO.   1    DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Phillips Report | | N | | | | | |
| 1A | | Report attachment | | | | | | | |
| 1B | | Report attachment | | | | | | | |
| 1C | | Report attachment | | | | | | | |
| 1D | | Report attachment | | | | | | | |
| 1E | | Report attachment | | | | | | | |
| 1F | | Report attachment | | | | | | | |
| 1G | | CV | | | | | | | |
| 2 | | Phillips Rebuttal Report and Exhibits | | N | | | | | |
| 2A | | Report attachment | | | | | | | |
| 3 | | Freedberg Report and Exhibits | | N | | | | | |
| 4 | | CHRISTOU-7 .mp3 & transcript | | AN | | | | | |
| 5 | | CHRISTOU-8 .mp3 & transcript | | AN | | | | | |
| 6 | | CHRISTOU-16 .mp3 & transcript | | AN | | | | | |
| 7 | | CHRISTOU-17 .mp3 & transcript | | AN | | 6-26-13 | | | audio & part shown to jury |
| 8 | | CHRISTOU-23 .mp3 & transcript | | AN | 6-25-13 | 8A on 7-3 | 6-25-13 | | Defendants objection sustained |
| 9 | | CHRISTOU-26 .mp3 & transcript | | AN | | | | | |
| 10 | | CHRISTOU-27 .mp3 & transcript | | AN | 6-25-13 | 10A on 7-3 | 6-25-13 | | Defendants objection sustained |
| 11 | | CHRISTOU-28 .mp3 & transcript | | AN | | 7-1-13 | | | 11A only |
| 12 | | CHRISTOU-34 .mp3 & transcript | | AN | | | | | |
| 13 | | CHRISTOU-35 .mp3 & transcript | | AN | | | | | |
| 14 | | CHRISTOU-46 .mp3 & transcript | | AN | | | | | |
| 15 | | CHRISTOU-58 .mp3 & transcript | | AN | 6-25-13 | 15A on 7-1 | 6-25-13 | | Defendants objection sustained 6-25-13 |
| 16 | | 2/26/08 Smith e-mail to Nguyen [CHRISTOU-159] | | AO | | 6-28-13 | | | |
| 17 | | Webpage [CHRISTOU-167-68] | | AO | | 6-28-13 | | | |
| 18 | | Webpage [CHRISTOU-66-69] | | AO | | | | | |
| 19 | | Webpage [CHRISTOU-107-110] | | AO | | | | | |
| 20 | | Webpage [CHRISTOU-141] | | AO | | | | | |
| 21 | | 1/24/08 Roulier e-mail [BP-157012] | | AO | | 6-27-13 | | | |

2652602.1

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT    PLAINTIFF'S LIST _X_        DEFENDANT'S LIST ____        THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*        PAGE NO.  **2**      DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 22 | | 12/2/10 Roulier e-mail [BP-19626] | | AO | | | | | |
| 23 | | BP-12-13 | | AO | | | | | |
| 24 | | BP-14 | | AO | | | | | |
| 25 | | BP-15 | | AO | | 7-9-13 | | | |
| 26 | | Beta's DJ Spreadsheet [ROULIER-16420-16454] | | Y | | 6-27-13 | | | |
| 27 | | 1/22/08 Roulier e-mail [BP-157525] | | AO | | 6-27-13 | | | |
| 28 | | 10/7/09 Roulier e-mail [BP-136376] | | AO | | 6-27-13 | | | |
| 29 | | 7/15/08 Roulier e-mail [BP-155507] | | Y | | 6-27-13 | | | |
| 30 | | 7/15/08 Roulier e-mail [BP-155741] | | Y | | 6-27-13 | | | |
| 31 | | 10/6/09 Verwest e-mail [BP-135094] | | AO | | 6-27-13 | | | |
| 32 | | 6/19/08 Roulier e-mail [BP-156149] | | Y | | | | | |
| 33 | | 1/18/08 Roulier e-mail [BP-157144] | | Y | | 6-27-13 | | | |
| 34 | | 1/23/08 Roulier e-mail [BP-157135] | | Y | | | | | |
| 35 | | 10/8/08 Roulier e-mail [BP-155212] | | Y | | | | | |
| 36 | | 5/27/08 Nguyen e-mail [ROULIER-8773-8775] | | Y | | 6-27-13 | | | |
| 37 | | 6/4/08 Roulier e-mail [BP-156095] | | Y | | 6-27-13 | | | |
| 38 | | 2/8/08 Roulier e-mail [BP-159208] | | Y | | 6-27-13 | | | |
| 39 | | 8/19/08 Roulier e-mail [BP-154662] | | Y | | 6-27-13 | | | |
| 40 | | 11/27/08 Darey e-mail [BP-156311] | | AO | | | | | |
| 41 | | 10/28/08 Roulier e-mail [BP-155428] | | AO | | | | | |
| 42 | | 12/4/07 Michele e-mail [BP-212977] | | Y | | 6-27-13 | | | |
| 43 | | 11/20/08 Melissa e-mail [CHRISTOU-6867] | | Y | | 6-25-13 | | | |
| 44 | | 10/6/08 Melissa e-mail [CHRISTOU-5325] | | Y | | 6-25-13 | | | |
| 45 | | 12/27/07 Melanson e-mail [CHRISTOU-19779] | | Y | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT     PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO. __3__     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 46 | | 1/22/08 Roulier e-mail [BP-157070-75] | | AO | | | | | |
| 47 | | 10/15/07 Roulier e-mail [BP-215165-66] | | Y | | 6-27-13 | | | |
| 48 | | 1/16/08 Roulier e-mail [BP-157014] | | Y | | 6-27-13 | | | |
| 49 | | 11/18/08 Roulier e-mail [BP-156263] | | AO | | | | | |
| 50 | | 2/1/11 Nguyen e-mail [ROULIER-1962] | | Y | | 6-27-13 | | | |
| 51 | | 10/25/07 Roulier e-mail [BP-215110] | | AO | | | | | |
| 52 | | 10/16/09 Roulier e-mail [BP-136636] | | Y | | 6-27-13 | | | |
| 53 | | 12/9/08 Roulier e-mail [BP-154567] | | Y | | 6-27-13 | | | |
| 54 | | 7/15/08 Roulier e-mail [BP-155875-78] | | AO | | 7-8-13 | | | |
| 55 | | Operating Agreement [BP-212031-34] | | AO | | | | | |
| 56 | | 12/9/07 Pettus e-mail [BP-213128-31] | | AO | | | | | |
| 57 | | 10/12/07 Roulier e-mail [BP-215108] | | AO | | | | | |
| 58 | | 2/18/11 Schumann e-mail [ROULIER-1207] | | Y | | 6-27-13 | | | |
| 59 | | 10/30/09 Warner e-mail [BP-136559] | | AO | 6-27-13 | | 6-27-13 | | defendant's objection sustained withdrawn 7-1-13 |
| 60 | | Webpage [BP-156259] | | AO | | | | | |
| 61 | | 4/12/11 Saltzman e-mail [BP-206208] | | Y | | 6-27-13 | | | |
| 62 | | 12/17/07 Saltzman e-mail [BP-212626] | | Y | | 6-27-13 | | | |
| 63 | | 12/12/07 Solgot e-mail [BP-212640] | | AO | | 7-8-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT     PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO.  4     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 64 | | 12/11/07 Shirazi e-mail [BP-213124] | | AO | | | | | |
| 65 | | 3/3/11 Chaykin e-mail [ROULIER-366-69] | | Y | | 6-27-13 | | | |
| 66 | | 3/1/11 Roulier e-mail [ROULIER-27-28] | | AO | | | | | |
| 67 | | Beatport Sponsorship Proposal [BP-212610-20] | | AO | | | | | |
| 68 | | Club Systems [BP-212680-81] | | AO | | | | | |
| 69 | | 12/11/08 Ovens e-mail [CHRISTOU-7493] | | AO | | | | | |
| 70 | | "The global record store" ROULIER-7777, 7773 | | AO | | | | | |
| 71 | | 1/8/08 Roulier e-mail [BP-157030-31] | | AO | | 6-27-13 | | | |
| 72 | | 1/18/08 Roulier e-mail [BP-157079-80] | | Y | | 6-27-13 | | | |
| 73 | | 10/9/09 Tuner e-mail [CHRISTOU-16229] | | AO | | 6-28-13 | | | |
| 74 | | "Aiming to be continent's alpha club" [CHRISTOU-40046] | | AO | | | | | |
| 75 | | Exhibit 99 to Roulier Depo. | | Y | | 6-27-13 | | | |
| 75A | | 6/8/08 e-mail [BP156230] | | Y | | 6-27-13 | | , | |
| 75A-1 | | 7/12/08 e-mail [BP156170] | | Y | | 6-27-13 | | | |
| 75B | | 7/2/08 e-mail [BP155525] | | Y | | 6-27-13 | | | |
| 75C | | 7/13/10 e-mail [BP109067] | | Y | | 6-27-13 | | | |
| 75D | | 4/2/09 e-mail [BP153131] | | Y | | 6-27-13 | | | |
| 75E | | 9/13/10 e-mail [BP110386-88] | | Y | | 6-27-13 | | | |
| 75F | | 9/13/10 e-mail [BP111321] | | Y | | 6-27-13 | | | |
| 75G | | 9/2/10 e-mail [BP112341] | | Y | | 6-27-13 | | | |
| 75H | | 5/24/10 e-mail [BP119176] | | Y | | 6-27-13 | | | |
| 75I | | 5/24/10 e-mail [BP119959] | | Y | | 6-27-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_           DEFENDANT'S LIST ____      THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*      PAGE NO.   5     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 75J | | 3/24/09 e-mail [BP132237] | | Y | | 6-27-13 | | | |
| 75K | | 3/25/09 e-mail [BP132427-29] | | Y | | | | | |
| 75L | | 2/25/09 e-mail [BP146910] | | Y | | | | | |
| 75M | | 3/5/09 e-mail [BP133887] | | Y | | | | | |
| 75N | | 3/12/09 e-mail [BP132506] | | Y | | | | | |
| 75O | | 3/12/09 e-mail [BP132635] | | Y | | | | | |
| 75P | | 3/19/09 e-mail [BP133814] | | Y | | | | | |
| 75Q | | 3/13/09 e-mail [BP134316] | | Y | | | | | |
| 75R | | 3/19/09 e-mail [BP134312] | | Y | | | | | |
| 75S | | 3/26/09 e-mail [BP133547] | | Y | | | | | |
| 75T | | 4/2/09 e-mail [BP152663] | | Y | | | | | |
| 75U | | 2/26/09 e-mail [BP147122] | | Y | | | | | |
| 75V | | 3/4/09 e-mail [BP133846] | | Y | | | | | |
| 75W | | 11/25/08 e-mail [BP156911] | | Y | | | | | |
| 75X | | 12/11/08 e-mail [BP154435] | | Y | | | | | |
| 75Y | | 3/26/09 e-mail [BP134126] | | Y | | | | | |
| 75Z | | 4/2/09 e-mail [BP153683] | | Y | | | | | |
| 75AA | | 4/9/09 e-mail [BP152549] | | Y | | | | | |
| 75BB | | 4/16/09 e-mail [BP153801] | | Y | | | | | |
| 75CC | | 4/23/09 e-mail [BP153190] | | Y | | | | | |
| 75DD | | 4/30/09 e-mail [BP152243] | | Y | | | | | |
| 75EE | | 5/7/09 e-mail [BP151185] | | Y | | | | | |
| 75FF | | 5/21/09 e-mail [BP149572] | | Y | | | | | |
| 75GG | | 10/5/09 e-mail [BP135528] | | Y | | | | | |
| 75HH | | 10/9/09 e-mail [BP136348] | | Y | | | | | |
| 75II | | 10/19/09 e-mail [BP136765] | | Y | | | | | |
| 75JJ | | 10/21/09 e-mail [BP135506-07] | | Y | | | | | |
| 75KK | | 7/23/09 e-mail [BP137885] | | Y | | | | | |
| 75LL | | 7/23/09 e-mail [BP138599-600] | | Y | | | | | |
| 75MM | | 6/4/09 e-mail [BP139948] | | Y | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT     PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO.   6     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 75NN | | 6/11/09 e-mail [BP140462] | | Y | | 6-27-13 | | | |
| 75OO | | 6/4/09 e-mail [BP142020] | | Y | | | | | |
| 75PP | | 6/11/09 e-mail [BP141888] | | Y | | | | | |
| 75QQ | | 2/13/09 e-mail [BP147961] | | Y | | | | | |
| 75RR | | 2/20/09 e-mail [BP148485] | | Y | | | | | |
| 75RR-1 | | 2/5/09 e-mail [BP148064] | | Y | | | | | |
| 75SS | | 2/13/09 e-mail [BP148748] | | Y | | | | | |
| 75TT | | 2/20/09 e-mail [BP148093] | | Y | | | | | |
| 75UU | | 5/28/09 e-mail [BP149771] | | Y | | | | | |
| 75VV | | 5/20/09 e-mail [BP149854] | | Y | | | | | |
| 75WW | | 5/21/09 e-mail [BP149872] | | Y | | | | | |
| 75XX | | 5/14/09 e-mail [BP150849] | | Y | | | | | |
| 75YY | | 5/14/09 e-mail [BP151087] | | Y | | | | | |
| 75ZZ | | 5/21/09 e-mail [BP151167] | | Y | | | | | |
| 75AAA | | 5/21/09 e-mail [BP151377] | | Y | | | | | |
| 75BBB | | 5/28/09 e-mail [BP151351] | | Y | | | | | |
| 75CCC | | 11/25/08 e-mail [BP156906] | | Y | | | | | |
| 75DDD | | 12/11/08 e-mail [BP154225] | | Y | | | | | |
| 75EEE | | 12/11/08 e-mail [BP154410] | | Y | | | | | |
| 75FFF | | 9/5/08 e-mail [BP158928] | | Y | | | | | |
| 75GGG | | 9/17/08 e-mail [BP157619] | | Y | | | | | |
| 76 | | 11/12/08 Roulier e-mail [Exhibit 102 to Roulier Depo.] | | Y | | | | | |
| 77 | | 10/19/09 NYMC3 e-mail [Exhibit 103 to Roulier Depo.] | | Y | | | | | |
| 78 | | 6/27/08 Roulier e-mail to DJ Rap [BP-156127] | | AO | | 6-27-13 | | | |
| 79 | | 6/27/08 Roulier e-mail [BP-156254] | | AO | | 6-27-13 | | | Paragraphs 1,2,3 excluded |
| 80 | | 7/2/08 Roulier e-mail [BP-155646] | | Y | | 6-27-13 | | | |
| 81 | | 12/15/10 Roulier e-mail [BP-12897] | | AO | | 6-27-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_           DEFENDANT'S LIST ____        THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*      PAGE NO.   7      DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 82 | | Webpage [CHRISTOU-133-137] | | AO | | | | | |
| 83 | | 1/20/11 DJ Rap e-mail [BP-172602] | | AO | | 6-27-13 | | | |
| 84 | | 7/7/08 Saltzman e-mail [CHRISTOU-2394] | | AO | 6-25-13 | | 6-25-13 | | *Defendants objection sustained* |
| 85 | | 6/11/08 Roulier e-mail [BP-156090] | | Y | | 6-27-13 | | | |
| 86 | | 6/17/08 Roulier e-mail [BP-156197] | | AO | | 6-27-13 | | | |
| 87 | | 8/19/08 Roulier e-mail [BP-154978] | | AO | | 6-27-13 | | | |
| 88 | | 7/1/08 Chaykin e-mail [CHRISTOU-2308-09] | | AO | | 6-25-13 | | | |
| 89 | | 7/2/08 Chase e-mail [CHRISTOU-2318-28] | | Y | | | | | |
| 89A | | E-mail attachment | | Y | | 6-25-13 | | | |
| 90 | | 7/7/08 Saltzman e-mail [CHRISTOU-2384] | | AO | | | | | |
| 91 | | 8/1/08 Chaykin e-mail re: BT [CHRISTOU-3130] | | AO | | 6-25-13 | | | |
| 92 | | 5/13/09 Farahi e-mail [CHRISTOU-12064] | | AO | | 6-25-13 | | | |
| 93 | | 1/15/08 Nguyen e-mail [ROULIER-7665] | | AO | | 6-27-13 | | | |
| 94 | | 7/9/09 chat re: Sharam [CHRISTOU-12753-54] | | AO | | 6-25-13 | | | *admitted over defendants objection* |
| 95 | | Webpage re: Sharam [CHRISTOU-175-178] | | AO | | | | | |
| 96 | | 2/2/09 Roulier re: Sharam [BP-148668] | | AO | 6-27-13 | | 6-27-13 | | *defendants objection sustained* |
| 97 | | 10/29/09 Rivera e-mail [BP-135037] | | AO | | | | | |
| 98 | | 8/11/08 Roulier re: Deadmau5 [BP-154948] | | AO | | 6-27-13 | | | |
| 99 | | 12/3/07 Zimmerman e-mail [BP-213305] | | Y | | 6-27-13 | | | |
| 100 | | Webpage [CHRISTOU-40078-81] | | AO | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO.  8      DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 101 | | Webpage [CHRISTOU-40074-77] | | AO | | | | | |
| 102 | | Webpage [CHRISTOU-40069-73] | | AO | | | | | |
| 103 | | Webpage [CHRISTOU-40062-66] | | AO | | | | | |
| 104 | | Webpage [CHRISTOU-40059-61] | | AO | | | | | |
| 105 | | Webpage [CHRISTOU-40051-56] | | AO | | | | | |
| 106 | | 10/6/09 Roulier e-mail [BP-136831] | | Y | | | | | |
| 107 | | 11/12/08 Roulier Top 100 [BP-156300] | | AO | | 6-27-13 | | | |
| 108 | | 5/10/08 Nguyen e-mail [ROULIER-8657] | | AO | | 7-9-13 | | | |
| 109 | | 2/1/11 Nguyen e-mail [ROULIER-2067] | | Y | | 6-27-13 | | | |
| 110 | | DJMag [CHRISTOU-38226] | | AO | | 7-3-13 | | | |
| 111 | | Beatport [CHRISTOU-82-95] | | AO | | | | | |
| 112 | | Website [CHRISTOU-152] | | AO | | | | | |
| 113 | | Website [CHRISTOU-192-207] | | AO | | | | | |
| 114 | | 1/3/08 Bruml e-mail [BP-157418] | | AO | | | | | |
| 115 | | Beatport document [BP-214950-58] | | AO | | | | | |
| 116 | | Beatport Weekly [BP-136780] | | AO | | | | | |
| 117 | | SWOT Analysis [BP-220161] | | AO | | 7-2-13 | | | |
| 118 | | Chart [CHRISTOU-39968-40031] | | Y | | | | | |
| 119 | | Chart [CHRISTOU-39888-39966] | | Y | | | | | |
| 120 | | Chart [CHRISTOU-38171-38225] | | AO | | | | | |
| 121 | | Webpage [CHRISTOU-126] | | Y | | | | | |
| 122 | | 4/29/08 Dusty e-mail [CHRISTOU-138] | | AO | | | | | |
| 123 | | 6/2/09 Rodriguez e-mail [AMO-10967] | | AO | | 6-28-13 | | | |
| 124 | | 8/22/08 Morris e-mail [CHRISTOU-3796] | | Y | | 6-25-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT       PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO. __9__   DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 125 | | 12/5/07 Rodriguez e-mail [AMO-3249] | | AO | | 7-1-13 | | | |
| 126 | | 10/25/07 Roulier e-mail [BP-215167] | | AO | | 7-1-13 | | | |
| 127 | | 1/17/08 Roulier e-mail [BP-157127] | | Y | | 6-27-13 | | | |
| 128 | | 8/5/08 Roulier e-mai re: ATB [BP-154851] | | Y | | 6-27-13 | | | |
| 129 | | 3/16/08 Hayer e-mail [AMO-3903] | | AO | | 7-1-13 | | | |
| 130 | | 4/7/08 Rodriguez e-mail [AMO-4172] | | Y | | 6-27-13 | | | |
| 131 | | 12/15/08 Rodriguez e-mail [AMO-8031] | | Y | | 6-27-13 | | | |
| 132 | | 1/6/09 Rodriguez e-mail [AMO-8247] | | Y | | 6-27-13 | | | |
| 133 | | 4/29/08 Saltzman e-mail [CHRISTOU-547] | | AO | | | | | |
| 134 | | 1/12/08 DJ Rap Agreement [CHRISTOU-1736] | | AO | | | | | |
| 135 | | 6/26/08 Saltzman e-mail [CHRISTOU-2209] | | Y | | 6-27-13 | | | |
| 136 | | 12/8/10 DJ Rap e-mail [BP-19303] | | AO | | | | | |
| 137 | | 1/20/11 DJ Rap e-mail [BP-172602] | | AO | | | | | |
| 138 | | 10/9/09 Turner e-mail [CHRISTOU-16229] | | AO | | | | | |
| 139 | | 8/3/09 [CHRISTOU-13745] | | Y | | 6-28-13 | | | |
| 140 | | 8/27/09 Turner e-mail [CHRISTOU-14744] | | Y | | 6-28-13 | | | |
| 141 | | 9/29/10 Solgot [BP-113536] | | AO | | 7-8-13 | | | |
| 142 | | | | | | | | | |
| 143 | | 1/28/08 Roulier e-mail re: Name of Club [BP-157094] | | | | 6-27-13 | | | |
| 144 | | 12/9/10 Nguyen e-mail [BP-000159] | | Y | | 6-27-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT     PLAINTIFF'S LIST _X_      DEFENDANT'S LIST ____      THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*      PAGE NO.   10      DATE June 24, 2013

Key to Stipulations:  Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 145 | | 12/2/10 Knight e-mail [BP-018834] | | | | | | | |
| 146 | | [BP-12] | | | | | | | |
| 147 | | [BP-14] | | | | | | | |
| 148 | | [BP-15] | | | | | | | |
| 149 | | Beatport 9/11/08 invoice [BP-16] | | | | | | | |
| 150 | | 11/19/08 Roulier e-mail [BP-156861] | | | | | | | |
| 151 | | 11/26/08 Roulier e-mail [BP-156811] | | | | | | | |
| 152 | | 11/27/08 Darcy e-mail [BP-156311] | | | | | | | |
| 153 | | 9/30/08 Roulier e-mail [BP-159033] | | Y | | 6-27-13 | | | |
| 154 | | 3/4/09 Zimmerman e-mail [BP-132812] | | | | | | | |
| 155 | | 10/8/09 Tempel e-mail [BP-135017] | | | | | | | |
| 156 | | 10/7/09 Roulier e-mail [BP-135039] | | | | | | | |
| 157 | | 10/19/09 NY MC 3 e-mail [BP-136765] | | Y | | 6 27-13 | | | |
| 158 | | 7/10/09 Gironda e-mail [BP-137837] | | | | 6-27-13 | | | |
| 159 | | 2/10/09 Roulier e-mail [BP-148674] | | | | | | | |
| 160 | | 2/13/09 Pesnel e-mail [BP-148748] | | Y | | 6-27-13 | | | |
| 161 | | 4/14/09 Zimmerman e-mail [BP-153788] | | Y | | 6-27-13 | | | |
| 162 | | 12/16/08 Roulier e-mail [BP-154584] | | Y | | 6-27-13 | | | |
| 163 | | 3/30/08 Roulier e-mail [BP-155089] | | | | | | | |
| 164 | | 7/27/08 Roulier e-mail [BP-155500] | | | | | | | |
| 165 | | 7/23/08 Roulier e-mail [BP-155673] | | Y | | 6-27-13 | | | |
| 166 | | 7/22/08 Roulier e-mail [BP-155842] | | | | | | | |
| 167 | | 6/9/08 Roulier e-mail [BP-156123] | | | | | | | |
| 168 | | 6/20/08 Roulier e-mail [BP-156155] | | | | | | | |
| 169 | | 6/27/08 Roulier e-mail [BP-156180] | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT   PLAINTIFF'S LIST _X_   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*   PAGE NO. __11__   DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 170 | | 11/29/08 Verwest e-mail [BP-156278] | | | | 6-27-13 | | | |
| 171 | | 11/21/08 Roulier e-mail [BP-156307] | | | | | | | |
| 172 | | 11/24/08 Roulier e-mail [BP-156313] | | | | | | | |
| 173 | | 11/20/08 Roulier e-mail [BP-156787] | | | | 6-27-13 | | | |
| 174 | | 11/21/08 Roulier e-mail [BP-156887] | | | | | | | |
| 175 | | 11/26/08 Roulier e-mail [BP-156962] | | | | . | | | |
| 176 | | 11/20/08 Roulier e-mail [BP-156965] | | | | | | | |
| 177 | | 11/12/08 Roulier e-mail [BP-156969] | | Y | | 6-27-13 | | | |
| 178 | | 1/11/08 Roulier e-mail [BP-157085] | | | | | | | |
| 179 | | 1/17/08 Roulier e-mail [BP-157109] | | Y | | 6-27-13 | | | |
| 180 | | 1/16/08 Roulier e-mail [BP-157150] | | | | | | | |
| 181 | | 2/6/08 Roulier e-mail [BP-159169] | | Y | | 6-27-13 | | | |
| 182 | | 12/14/07 Morris e-mail [BP-212763] | | | | | | | |
| 183 | | 12/19/07 Goodgold e-mail [BP-212789] | | | | | | | |
| 184 | | 12/7/07 Hoser e-mail [BP-212963] | | Y | | 6-27-13 | | | |
| 185 | | 12/3/07 Gerth e-mail [BP-213031] | | | | 6-27-13 | | | |
| 186 | | 12/6/07 Ryan e-mail [BP-213046] | | Y | | 6-27-13 | | | |
| 187 | | 10/25/07 Roulier e-mail [BP-215026] | | | | 6-27-13 | | | |
| 188 | | 10/22/07 Roulier e-mail [BP-215069] | | | | 6-27-13 | | | |
| 189 | | 10/19/07 Roulier e-mail [BP-215103] | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT     PLAINTIFF'S LIST _X_     DEFENDANT'S LIST ____     THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*     PAGE NO.   12     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 190 | | 10/2/07 Roulier e-mail [BP-215123] | | | | 7-9-13 | | | |
| 191 | | Beatport document [CHRISTOU-202] | | | | | | | |
| 192 | | 7/7/08 Shuman e-mail [CHRISTOU-2393] | | Y | 6-25-13 | | 6-25-13 | | Defendants objection Sustained |
| 193 | | 12/8/08 Farahi e-mail [CHRISTOU-7428] | | Y | | 6-27-13 | | | |
| 194 | | 12/9/08 Farahi e-mail [CHRISTOU-7475] | | Y | | 6-25-13 | | | |
| 195 | | 1/2/08 Roulier e-mail [CHRISTOU-19799] | | | | 6-27-13 | | | |
| 196 | | 9/13/10 Gary e-mail [CHRISTOU-37042] | | Y | | 6-26-13 | | | |
| 197 | | Attachment | | | | | | | |
| 197A | | 2/18/08 Nguyen e-mail [ROULIER-7774] [ROULIER-7776-7777, 7772] | | | | | | | |
| 198 | | 8/6/09 JG / Home Studio agency e-mail [AMONLY-13050] | | | | 7-8-13 | | | |
| 199 | | 9/3/10 Morris e-mail [AMONLY-1586] | | Y | | 6-27-13 | | | |
| 200 | | 5/16/08 Saltzman e-mail [CHRISTOU-1174] | | Y | | 6-27-13 | | | |
| 201 | | Deposition Exhibit 170 | | | | | | | |
| 202 | | Deposition Exhibit 171 | | | | | | | |
| 203 | | Deposition Exhibit 175 | | | | | | | |
| 204 | | Deposition Exhibit 245 | | | | | | | |
| 205 | | 12/17/07 Rodriguez e-mail [BP-213302] | | | | | | | |
| 206 | | 8/5/08 Roulier e-mail [BP-154851] | | | | | | | |
| 207 | | Beatport documents | | | | | | | |
| 207A | | Webpage | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT        PLAINTIFF'S LIST _X_              DEFENDANT'S LIST ____        THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*              PAGE NO.   13     DATE June 24, 2013

Key to Stipulations:  Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 207B | | Invoice | | | | | | | |
| 207C | | Webpage | | | | | | | |
| 207D | | Webpage | | | | | | | |
| 207E | | Webpage | | | | | | | |
| 208 | | Supplemental Freedberg Report | | | | | | | |
| 208A | | Report Exhibit | | | | | | | |
| 208B | | Report Exhibit | | | | | | | |
| 208C | | Report Exhibit | | | | | | | |
| 208D | | Report Exhibit (CV) | | | | | | | |
| 208E | | Report Exhibit | | | | | | | |
| 208F | | Report Exhibit | | | | | | | |
| 208G | | Report Exhibit | | | | | | | |
| 208H | | Report Exhibit | | | | | | | |
| 208I | | Report Exhibit | | | | | | | |
| 208J | | Report Exhibit | | | | | | | |
| 209 | | David Waxman Report (for impeachment) | | | | | | | |
| 210 | | FTC Horizontal Merger Guidelines, August 19, 2010 | | | | 7-2-13 | | | |
| 211 | | 12/1/2010 Litigation Hold Letter to Defendants | | | | 6-27-13 | | | |
| 212 | | NY Times 6/5/12 article "A Concert Mogul Is Betting on Electronic Dance Music." | | | | | | | |
| 213 | | RA News 2/16/11 article "Beatport's Matt Adell discusses user concerns" | | | | | | | |
| 214 | | Billboard Magazine's 2/7/13 article "Beatport's Matthew Adell on Shazam Deal, Why Music Biz Is a 'Disaster Model'" | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT    PLAINTIFF'S LIST _X_    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*    PAGE NO. __14__    DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 215 | | NY Times 2/26/13 article "SFX Entertainment Buys Electronic Dance Music Site" | | . | | | | | |
| 216 | | Promotional graphic Richie Hawtin "I Use Beatport" | | | | | | | |
| 217 | | Promotional graphic DJ Rap "I Use Beatport" | | | | | | | |
| 218 | | Promotional graphic Kaskade "I Use Beatport" | | | | | | | |
| 219 | | Promotional graphic "The New Beatport; Designed For DJs By DJs" | | | | | | | |
| 220 | | Billboard Magazine Cover Graphic Featuring David Sillerman | | | | | | | |
| 221 | | Westword 3/18/08 article "Beta: Beatport Gives Birth To A New Club" | | | | | | | |
| D-1 | | Demonstrative Timeline | | | | 6-25-13 | | | |
| D-2 | | Demonstrative Exhibit | | | | 6-27-13 | | | |
| D-3 | | Demonstrative Exhibit: Tying Market | | | | | | | |
| D-4 | | Demonstrative Exhibit: Tied Market | | | | 7-3-13 | | | |
| D-5 | | Demonstrative Exhibit: Claims | | | | | | | |
| D-6 | | Demonstrative Exhibit: Payment | | | | 7-03-13 | | | |
| D-7 | | Demonstrative Exhibit: Cover Charges | | | | 7-03-13 | | | |
| D-8 | | Demonstrative Exhibit: Selection | | | | 7-03-13 | | | |
| D-9 | | Demonstrative Exhibit: Total Cover Charges | | | | 6-25-13 | | | |
| D-10 | | Demonstrative Exhibit: Damages | | | | 7-2-13 | | | |
| D-11 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-12 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-13 | | Demonstrative Exhibit | | | | 7-2-13 | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO.   15      DATE June 24, 2013

Key to Stipulations:  Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| D-14 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-15 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-16 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-17 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-18 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-19 | | Demonstrative Exhibit | | | | 6-26-13 | | | |
| D-20 | | Demonstrative Exhibit | | | | 6-26-13 | | | |
| D-21 | | Demonstrative Exhibit | | | | 7-2-13 | | | |
| D-22 | | Demonstrative Exhibit | | | | | | | |
| D-23 | | Demonstrative Exhibit | | | | | | | |
| D-24 | | Demonstrative Exhibit | | | | | | | |
| D-25 | | Demonstrative Exhibit | | | | | | | |
| D-26 | | Demonstrative Exhibit | | | | | | | |
| D-27 | | Demonstrative Exhibit: Beatport | | | | 6-26-13 | | | |
| D-28 | | Demonstrative Exhibit: picture | | | | 6-25-13 | | | |
| D-29 | | Demonstrative Exhibit: picture | | | | 6-25-13 | | | |
| D-30 | | | | | | | | | |
| D-31 | | | | | | | | | |
| D-32 | | | | | | | | | |
| D-33 | | Slides for Owen Phillips | | | | 7-1-13 | | | |
| D-34 | | | | | | | | | |
| D-35 | | Slides - Packini | | | | 7-3-13 | | | |
| D-36 | | | | | | 7-3-13 | | | |
| D-38 | | Charts | | | | 7-8-13 | | | |
| 224 | | email Nguyen to Shevin. | | | | 7-9-13 | | | |
| 225 | | Beatport excerpts | | | | 7-8-13 | | | |
| | | | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____          THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO. __16__      DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| * | | Any document produced or considered by Plaintiffs' or Defendants' designated expert witnesses | | | | | | | |
| * | | Any document required for impeachment | | | | | | | |
| * | | Any document required for rebuttal | | | | | | | |
| * | | Summary Graphs | | | | | | | |
| * | | Any pleading or attached exhibit in the action without the waiver of right to object to such document (for impeachment purposes only) | | | | | | | |
| * | | Any document produced or identified by another party, without waiver of right to object to such document | | | | | | | |
| * | | Any transcript or videotape of any deposition in this lawsuit without waiver of right to object to certain testimony | | | | | | | |
| * | | Any exhibit used in any deposition without waiver of right to object to such exhibit | | | | | | | |
| * | | Charts, graphs, spreadsheets, and other demonstrative exhibits that may be used by a witness to clarify or otherwise facilitate testimony | | | | | | | |
| * | | Any document of which the existence or significance of which was not known at the time of the filing of this list | | | | | | | |
| * | | Any document produced pursuant to subpoenas to witnesses for appearance at the time of this action | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT      PLAINTIFF'S LIST _X_            DEFENDANT'S LIST ____        THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*            PAGE NO.   17      DATE June 24, 2013

Key to Stipulations:  Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| * | | All written discovery requests by Plaintiffs and discovery responses by Defendants | | | | | | | |
| * | | All affidavits submitted in support of any pleading, motion, or discovery | | | | | | | |
| * | | Certificates of Authenticity | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

PLAINTIFFS' FINAL LIST OF PROPOSED EXHIBITS
CASE NO. 2010-CV-02912-RBJ-KMT        PLAINTIFF'S LIST _X_          DEFENDANT'S LIST ____        THIRD PTY DEFTS. LIST ____
CASE CAPTION: *Christou, et al. v. Beatport, LLC, et al.*          PAGE NO. __18__     DATE June 24, 2013

Key to Stipulations: Y (no objection); N (no stipulation); AO (stipulation to authenticity only and as business record); AN (stipulation to authenticity of
recording but no stipulation as to identity of speaker or transcript

| EX NO./ LTR | WITNESS (Court Use) | DESCRIPTION | ADM | STIP | OFF'D | REC'D | REJ | RUL RES'D | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |