# DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
## 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | | | Exhibit Omitted | | | | | | | | |
| A-2 | | 2004 | RMC Holdings, LLC Tax Return | | | X | | 6-27-13 | | | |
| A-3 | | 2005 | RMC Holdings, LLC Tax Return | | | X | | | | | |
| A-4 | | 2006 | RMC Holdings, LLC Tax Return | 71 | | X | | 6-27-13 | | | |
| A-5 | | 2007 | RMC Holdings, LLC Tax Return | 71 | | X | | 6-27-13 | | | |
| A-6 | | 2008 | RMC Holdings, LLC Tax Return | 71 | | X | | 6-27-13 | | | |
| A-7 | | 2009 | RMC Holdings, LLC Tax Return | 71 | | X | | 6-27-13 | | | |
| A-8 | | 2010 | RMC Holdings, LLC Tax Return | 211 | | X | | | | | |
| A-9 | | | RMC Holdings Revenue Report | 217 | | X | | | | | P. Ex. 118 |
| A-10 | | 1/1/04 – 12/31/10 | RMC Holdings General Ledger | 205 | | X | | | | | |
| A-11 | | 2006-2010 | RMC Holdings Sales Data | | | X | | | | | |
| A-12 | | 2004 | Bouboulina, Inc. Tax Return | | | X | | 6-26-13 | | | |
| A-13 | | 2005 | Bouboulina, Inc. Tax Return | | | X | | 6-26-13 | | | |
| A-14 | | 2006 | Bouboulina, Inc. Tax Return | 72 | | X | | | | | |
| A-15 | | 2007 | Bouboulina, Inc. Tax Return | 72 | | X | | | | | |
| A-16 | | 2008 | Bouboulina, Inc. Tax Return | 72 | | X | | | | | |
| A-17 | | 2009 | Bouboulina, Inc. Tax Return | 72 | | X | | | | | |
| A-18 | | 2010 | Bouboulina, Inc. Tax Return | 212 | | X | | | | | |
| A-19 | | | Bouboulina, Inc. Revenue Report | 219 | | X | | | | | P. Ex. 119 |
| A-20 | | 1/1/04-12/31/10 | Bouboulina General Ledger | 204 | | X | | | | | |
| A-21 | | 2006-2010 | Bouboulina Sales Data | | | X | | | | | |
| A-22 | | 2006-2010 | DJMag.com DJ rankings | | | X | | 6-25-13 | | | |
| A-23 | | | SOCO Sales Data Overstates Door Charges, 2008 | 224 | | X | | | | | |
| A-24 | | 2008-2009 | SoCo DJ List | | | | | | | | |

# DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
## 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-25 | | | Exhibit Omitted | | | | | | | | |
| A-26 | | 2008-2010 | SoCo Booking Expenses Master List | | | X | | | | | |
| A-27 | | | Exhibit Omitted | | | | | | | | |
| A-28 | | 2010 | SoCo Booking Expenses 2010 | | | X | | | | | |
| A-29 | | 7/22/2011 | Updated Plaintiff Booking Data, DJ Worksheet | | | X | | 6-26-13 | | | P. Ex. 120 |
| A-30 | | 8/25/2011 | Updated DJ Worksheet | | Freedberg 702 Motion | X | | | | | |
| A-31 | | | Exhibit Omitted | | | | | | | | |
| A-32 | | 2007 - 2011 | Beta Revenue Breakout | | | | | | | | |
| A-33 | | 2008-2011 | Beta's DJ Spreadsheet produced in response to Interrogatory No. 1 | 108 | ROULIER 16420-6454 | X | | | | | P. Ex. 26 |
| A-34 | | | Exhibit Omitted | | | | | | | | |
| A-35 | | 4/16/2007 | Roulier email to Lawler, Miller, Krieger, Sabo re: Beatport editorial content | | BP 219946 | AO | | | | | |
| A-36 | | | Exhibit Omitted | | | | | | | | |
| A-37 | | 11/21/2007 | Paul Morris email to Regas re: Bookings | 159 | CHRISTOU 19411 | X | | 6-26-13 | | | |
| A-38 | | 1/11/2008 | Roulier response to Sharam Tayebi re: List of Problems to discuss | | BP 157330 | AO | | | | | |
| A-39 | | 1/14/2008 | Chaykin email to Shuman re: Call me today Please (IMPROTENT) (sic) | 50 | | AO | | 6-25-13 | | | |
| A-40 | | 1/24/2008 | Brady email to Shuman re: Urgent | 49 | | AO | | 6-25-13 | | | |
| A-41 | | 2/5/2008 | Emails between Flauter and Shuman re: Payment needed for Felix Da Housecat Denver May 22 | 65 | CHRISTOU 20301; 20547-548; 20611 | AO | | 6-25-13 | | | |

# DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
## 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-42 | | 2/12/2008 | Solgot email to Chase re: The Shapeshifters | 51 | CHRISTOU 20373–376 | X | | 7-8-13 | | | |
| A-43 | | 2/20/2008 | Solgot email to Tarket re: Satoshi Deposit & Contract, and response | 66 | CHRISTOU 20533-534; 20536; 20556; 20738; 21535; 07268-269 | X | | 7-8-13 | | | |
| A-44 | | February 2008 | Excerpts of recorded conversation between Chaykin and Shuman | | CHRISTOU-31 | AO | | | | | |
| A-45 | | Early 2008 | Excerpts of recorded conversation between Shuman and Roulier | | CHRISTOU-52 | AO | | | | | |
| A-46 | | Early 2008 | Excerpts of recorded conversation between Shuman and Chaykin | | CHRISTOU-54 | AO | | | | | |
| A-47 | | 5/21/2008 | Matt Colon email to Jonny re: Steve Aoiki | 153 | CHRISTOU 1274-75 | AO | | 6-25-13 | | | |
| A-48 | | 5/28/2008 | Lee Anderson email to Jonny, A.Chaykin re: FW: Shitdico advance | 58 | CHRISTOU 22256-2257; 22283-2284 | X | | | | | |
| A-49 | | 6/26/2008 | Chaykin email to Shuman re: Dates discussed for A-list, June 2008 | 246 | CHRISTOU_002189 | X | | | | | |
| A-50 | | 7/7/2008 | Damon Hill email to Jonny | 59 | CHRISTOU 22725, 02582; 23023 | X | | | | | |
| A-51 | | 8/11/2008 | Roulier email to Macrae, Tadman, Tempel re: Beatport and The 360 Group | | BP 154600 | X | | | | | |

Page 3

# DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
## 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-52 | | 10/30/2008 | Shuman email to Shuman re: REGAS/JONNY MEETING AGENDA 10.30.08 | 161 | CHRISTOU 24805-07 | X | | 6-25-13 | | | |
| A-53 | | 11/14/2008 | Woo email to Brady and Shuman re: Blank and Jones deposits overdue | 67 | CHRISTOU 06664-666; 15422-0423; 037251-256 | AO | | 6-25-13 | | | |
| A-54 | | 11/19/2008 | Chase email to Regas, Jonny, Limey, Veronica re: Migs show | 2 | CHRISTOU 6853 | X | | 7-8-13 | | | |
| A-55 | | 12/11/2008 | Chase email to Regas, Limey, Veronica, Melissa, Jonny re: Saturdays | 4 | CHRISTOU 7518 | X | | | | | |
| A-56 | | 2008-2010 | Excerpts of recorded conversation between Regas Christou and S. Feiwell | 227 | CHRISTOU-12 | AO | | | | | |
| A-57 | | Jan-Feb 2009 | Excerpts of recorded conversation between Regas Christou and Scott Feiwell | 79 | CHRISTOU 40 | AO | | | | | |
| A-58 | | 1/5/2009 | Ronnie Ferszt email to Shuman re: Ricky Stone and Heavygrinder | 157 | CHRISTOU 7957-59 | X | | 6-25-13 | | | |
| A-59 | | 2/4/2009 | Ronnie Ferszt email to Chase, Jonny re: Greenskeepers at Shelter March 14 – URGENT | 52 | CHRISTOU 26334-6335; 23644 | AO | | 6-25-13 | | | |
| A-60 | | 2/18/2009 | Steve Goodgold email to Jonny re: My 2 cents on The Glitch Mob | 53 | CHRISTOU 9206-9207 | AO | | | | | |
| A-61 | | 3/5/2009 | Chase email to Veronica, Jonny re: Westword for next week | 8 | CHRISTIOU 9684 | X | | 7-8-13 | | | |
| A-62 | | 3/11/2009 | Havens email to Shuman re: April dates | 68 | CHRISTOU 26927-928 | X | | 7-1-13 | | | |
| A-63 | | 3/13/2009 | Saltzman email | | CHRISTOU-027010 | X | | | | | |

Page 4

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-64 | | 3/16-19/2009 | Emails between Nikki Solgot, April Chase and Johnny re: Heather Colette Denver Advance | | CHRISTOU 10180-185 | X | | 7-8-13 | | | |
| A-65 | | 3/17/2009 | Matt Colon email to Jonny re: May 30 | 54 | CHRISTOU 10115 | AO | | 6-25-13 | | | |
| A-66 | | 3/19/2009 | Emails between Nikki Solgot, April Chase and Johnny re: Heather Colette | | CHRISTOU 27163-165 | X | | 7-8-13 | | | |
| A-67 | | 4/1/2009 | Saltzman email to Shuman | | CHRISTOU-010569-10 | X | | | | | |
| A-68 | | 4/7/2009 | Email from Mike Selvin to Johnny re: RV contract – April 18 | | CHRISTOU 27463-464 | AO | | 6-25-13 | | | |
| A-69 | | | Exhibit Omitted | | | | | | | | |
| A-70 | | 7/9/2009 | Chase email to Thomas Turner, tom.havens71, Regas, Jonny re: FW: Follow-up on conf call | 11 | CHRISTOU 12722 | X | | 7-1-13 | | | |
| A-71 | | 7/13/2009 | Chase email to Thomas Turner, tom.havens71, Jonny, Regas re: Conf Call Tomorrow | 12 | CHRISTOU 12892 | X | | 7-1-13 | | | |
| A-72 | | 7/31/2009 | Chase email to Jonny re: FW: Dec 5 | 13 | CHRISTOU 13677 | X | | 7-8-13 | | | |
| A-73 | | Summer 2009 | Excerpts of recorded conversation between Shuman and Turner | | CHRISTOU-9 | AO | | | | | |
| A-74 | | 8/4/2009 | Chase email to Tom Havens, Thomas Turner, Regas, Jonny re: Conf Call with Turner | 14 | CHRISTOU 13771 – 13772 | X | | 6-26-13 | | | |
| A-75 | | 8/5/2009 | Christou email to Turner, Chase, Shuman, Havens re: Vinyl Offers Seaman & Emerson | 63 | CHRISTOU 29640-9645 | X | | 6-26-13 | | | |

# DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
## 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-76 | | 8/7/2009 | Troy@bluemoon email to Jonny, Chase re: Immidate (sic) Attention / Anthony Pappa Deposit! | 15 | CHRISTOU 13970 - 13971 | X | | 7-8-13 | | | |
| A-77 | | 8/10/2009 | Chase email to Thomas Turner, Tom Havens, Jonny, Regas re: DJ Offers | 16 | CHRISTOU 14007 | X | | 6-26-13 | | | |
| A-78 | | 8/10/2009 | Nikki Solgot email to Jonny, A. Chase, T.Turner, Regas Christou re: Oct 10 Shapeshifters Reduction | 55 | CHRISTOU 29730 | X | | 7-8-13 | | | |
| A-79 | | 8/11/2009 | Chase email to T.Hristopoulos, Christou, Jonny re: Deposits | 61 | CHRISTOU 14052-4053 | X | | 7-8-13 | | | |
| A-80 | | 8/11/2009 | Matt Colon email to Shuman re: Denver Blink show | 155 | CHRISTOU 14057-58 | X | | | | | |
| A-81 | | 8/19/2009 | Emails between Adam Alperowicz, Alex Chaykin, and April Chase re: Advance Info: DIM 8/27 The Church | 17 | CHRISTOU 14302-303 | X | | 7-8-13 | | | |
| A-82 | | 8/19/2009 | Chase email to Alex Chaykin, Adam Alperowicz, Jonny, Thomas Turner re: Advance Info: DIM 8/27 The Church | 17 | CHRISTOU 14310; 14302-14303 | X | | | | | |
| A-83 | | 8/26/2009 | Turner email to Havens, Chase and Shuman re: NOV LINE UP | 189 | CHRISTOU-14656-57 | X | | 7-1-13 | | | |
| A-84 | | 9/10/2009 | Saltzman email | | CHRISTOU-015158-59 | X | | 7-8-13 | | | |

### DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-85 | | 9/21/2009 | Chase email to Tom Havens, Thomas Turner, Jonny re: stuff on the google calendar | 18 | CHRISTOU 15377; 15352; 15336; 15337; 15319; 15310; 15306; 15300; 15301; 15292; 15294; 15296 | X | | 6-28-13 | | | |
| A-86 | | 9/23/2009 | Havens email to Shuman, **** re: Proposal for next Sonic Kiss Eent/Nikola Baytala – Dec 12th | 69 | CHRISTOU 15520-5526; 27108 | X | | 6-28-13 | | | |
| A-87 | | 9/25/2009 | Chase email to Jonny, Tom Havens, Thomas Turner, Regas re: The Crystal Method: DJ tour dates | 19 | CHRISTOU 15569 | X | | 6-28-13 | | | |
| A-88 | | 9/29/2009 | Chase email to Thomas Turner, Jonny, Tom Havens, Regas re: Bart B. Moor Jan 30 | 20 | CHRISTOU 15689 | X | | 6-28-13 | | | |
| A-89 | | 9/29/2009 | Chase email to Shuman, Havens, Turner, Regas Christou re: do we want a sat w Dramirez in February? | 191 | CHRISTOU 15661 | X | | 6-25-13 | | | |
| A-90 | | 9/29/2009 | Turner email to Chase, Shuman, Havens, Regas Christou re: re: do we want a sat w Dramirez in February? | 192 | CHRISTOU 15681-82 | X | | 6-28-13 | | | |
| A-91 | | 10/4/2009 | Thomas Turner email to Chase, tom.havens7, Jonny; emma@amonly re: Seb Fontaine | 21 | AMONLY 247; 260-261 | AO | | 7-1-13 | | | |

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-92 | | 10/4/2009 | Email from A.Chase to Emma@amonly, Jonny, T.Turner, T.Havens re: Seb Fontaine | 56 | CHRISTOU 29994-9996 | AO | | 7-1-13 | | | |
| A-93 | | 10/22/2009 | Chase email to Thomas Turner, Jonny | 24 | CHRISTOU 16610 | AO | | 6-25-13 | | | |
| A-94 | | 11/5/2009 | Chelsea Twining email to Jonny re: Wolfgang Gartner | 25 | CHRISTOU 16946 | X | | | | | |
| A-95 | | 11/5/2009 | Turner email to Shuman, Chase, Regas Christou re: Wolfgang Gartner | 195 | CHRISTOU 16958 | X | | 6-25-13 | | | |
| A-96 | | 11/13/2009 | Chase email to Adam Stroul, Jonny, Veronica | 26 | CHRISTOU 17236 | X | | 7-8-13 | | | |
| A-97 | | 11/16/2009 | Chase email to Adam Stroul, Jonny re: FW: Offers/ Holds | 27 | CHRISTOU 17278 | X | | 7-8-13 | | | |
| A-98 | | 11/18/2009 | Chase email to Regas, Jonny re: FW: Andy Moore | 28/196 | CHRISTOU 17408 | AO | | | | | |
| A-99 | | 12/9/2009 | Chase email to Adam Stroul, Jonny, Regas | 29 | CHRISTOU 18105-18106 | X | | 7-8-13 | | | |
| B-1 | | 12/9/2009 | Chase email to Adam Stroul, Jonny, kallista.alli, Regas, Veronica, Chelsea Twining re: Info flow for bookings | 30 | CHRISTOU 18134 | X | | 7-8-13 | | | |
| B-2 | | 1/12/2010 | Chase email to Regas re: Meeting with Turner | 31 | CHRISTOU 30189-30190 | AO | | 6-26-13 | | | |
| B-3 | | 1/20/2010 | Chase email to Mike Selvin re: Starkillers & Austin Leeds | 32 | AMONLY 2903-2904 | X | | 7-8-13 | | | |
| B-4 | | 2/5/2010 | Chase email to Tom Havens, Thomas Turner, Regas Christou | 33 | CHRISTOU 30238 | X | | 7-1-13 | | | |
| B-5 | | 2/5/2010 | Chase email to Regas re: Havens/Turner | 34 | CHRISTOU 35289 | X | | 7-1-13 | | | |
| B-6 | | 2/5/2010 | Chase email to Turner, Havens and Regas Christou | 197 | CHRISTOU 30253-55 | X | | 7-1-13 | | | |

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-7 | | 2/8/2010 | Saltzman email | | CHRISTOU-018553 | X | | 7-8-13 | | | |
| B-8 | | 6/15/2010 | Lee Anderson email to Chase re: Gina Turner | 36 | CHRISTOU 31603-31607 | X | | 6-26-13 | | | |
| B-9 | | 6/15/2010 | Bohm email to Regas re: Talent Buyer Report | 39 | CHRISTOU 40088 | X | | 7-8-13 | | | |
| B-10 | | 6/24/2010 | Chase email to Melanson | 137 | AMONLY 01414 | X | | | | | |
| B-11 | | 7/26/2010 | Chase email to Chelsea Twining, Bohm, Regas, Ronnie Miller | 37 | CHRISTOU 31748 | X | | 7-8-13 | | | |
| B-12 | | 8/12/2010 | Chase email to Chelsea Twining, Bohm, Regas re: micro @ vinyl? | 40 | CHRISTOU 31906-31913; 31920; 31928 | X | | 7-8-13 | | | |
| B-13 | | 8/18/2010 | Chase email to Bohm, Chelsea Twining re: Micro at City Hall? | 41 | CHRISTOU 40180 | X | | 7-8-13 | | | |
| B-14 | | 8/18/2010 | Chase email to Bohm re: Micro at City Hall? | 64 | CHRISTOU 37021 | X | | 7-8-13 | | | |
| B-15 | | 8/19/2010 | Bohm email to Es ChinoREY, Suk Na, Ronnie Miller, Chelsea Twining, Veronica re | 42 | CHRISTOU 40110 | X | | 6-26-13 | | | |
| B-16 | | 8/23/2010 | Lee Anderson email to Bohm, Ann Chase | 43 | CHRISTOU 31930-31931 | X | | 6-26-13 | | | |
| B-17 | | 8/31/2010 | Chelsea Twining email to Bohm; Veronica | 44 | CHRISTOU 40187 | X | | 7-8-13 | | | |
| B-18 | | 9/8/2010 | Regas Christou email to Turner re: Touching base | 199 | CHRISTOU 40116 | X | | 6-28-13 | | | |
| B-19 | | 9/8/2010 | Chase email to Bohm | | CHRISTOU-040188 | X | | 7-8-13 | | | |
| B-20 | | 9/9/2010 | Lee Anderson email to Matthew Rodriguez, Bohm, Chase re: The Church // Buyer? | 45 | CHRISTOU 31947 | X | | 7-8-13 | | | |

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-21 | | 9/20/2010 | Ali Vafi email to Bohm re: Upcoming Avails from AM Only | 46 | CHRISTOU 31955 | X | | 7-8-13 | | | |
| B-22 | | 11/4/2010 | Email between Steve Goodgold and Bohm re: Church is still open? | 47 | CHRISTOU 32105-2106 | X | | 7-8-13 | | | |
| B-23 | | | Exhibit Omitted | | | | | | | | |
| B-24 | | 12/2/2010 | Email from Nguyen to Morris re: DJs, Agents & Artists | 70 | BP 13441 | AO | | 6-26-13 | | | email from christou to Solyo only |
| B-25 | | 12/7/2010 | Portions of Deadmau5 YouTube video concerning allegations of plaintiffs [19:30 to 19:52; 23:30 to 29:10] | | | AO | | | | | |
| B-26 | | | Exhibit Omitted | | | | | | | | |
| B-27 | | 12/15/2010 | DJ Rap email to Roulier re: Email, and forward | 77 | | X | | | | | P. Ex. 81 |
| B-28 | | | Exhibit Omitted | | | | | | | | |
| B-29 | | 2012 | Facebook pages of SoCo, The Church, Club Vinyl, 2 A.M., City Hall, LLC, Bar Standard, Funky Buddha Lounge and The Living Room | | BP_248273 – BP_248350 | X | | | | | |
| B-30 | | 2012 | MySpace pages of The Church and Club Vinyl | | BP_248351 – BP_248481 | AO Stip. to first 2 pages, but not comments | | | | | |
| B-31 | | | Langenfeld CV and Rule 26 items | | | | | | | | |
| B-32 | | | Exhibit Omitted | | | | | | | | |
| B-33 | | | Exhibit Omitted | | | | | | | | |
| B-34 | | | Exhibit Omitted | | | | | | | | |

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST** 6/26/13 10-cv-02912-RBJ-KMT Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C. | | | | | | | | |
| B-35 | | | Exhibit Omitted | | | | | | | | |
| B-36 | | | Exhibit Omitted | | | | | | | | |
| B-37 | | | Exhibit Omitted | | | | | | | | |
| B-38 | | | Exhibit Omitted | | | | | | | | |
| B-39 | | | Exhibit Omitted | | | | | | | | |
| B-40 | | | Exhibit Omitted | | | | | | | | |
| B-41 | | | Exhibit Omitted | | | | | | | | |
| B-42 | | | Exhibit Omitted | | | | | | | | |
| B-43 | | | Exhibit Omitted | | | | | | | | |
| B-44 | | | Exhibit Omitted | | | | | | | | |
| B-45 | | | Exhibit Omitted | | | | | | | | |
| B-46 | | | Exhibit Omitted | | | | | | | | |
| B-47 | | | Exhibit Omitted | | | | | | | | |
| B-48 | | | Exhibit Omitted | | | | | | | | |
| B-49 | | | Exhibit Omitted | | | | | | | | |
| B-50 | | | Exhibit Omitted | | | | | | | | |
| B-51 | | | Exhibit Omitted | | | | | | | | |
| B-52 | | | Exhibit Omitted | | | | | | | | |
| B-53 | | | Exhibit Omitted | | | | | | | | |
| B-54 | | | Exhibit Omitted | | | | | | | | |
| B-55 | | | Exhibit Omitted | | | | | | | | |
| B-56 | | | Exhibit Omitted | | | | | | | | |
| B-57 | | | Exhibit Omitted | | | | | | | | |
| B-58 | | | Exhibit Omitted | | | | | | | | |
| B-59 | | | Exhibit Omitted | | | | | | | | |
| B-60 | | | Exhibit Omitted | | | | | | | | |

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-61 | | | Exhibit Omitted | | | | | | | | |
| B-62 | | | Exhibit Omitted | | | | | | | | |
| B-63 | | | Exhibit Omitted | | | | | | | | |
| B-64 | | | Exhibit Omitted | | | | | | | | |
| B-65 | | | Exhibit Omitted | | | | | | | | |
| B-66 | | | Exhibit Omitted | | | | | | | | |
| B-67 | | | Exhibit Omitted | | | | | | | | |
| B-68 | | | Exhibit Omitted | | | | | | | | |
| B-69 | | | Exhibit Omitted | | | | | | | | |
| B-70 | | | Exhibit Omitted | | | | | | | | |
| B-71 | | | Exhibit Omitted | | | | | | | | |
| B-72 | | | Exhibit Omitted | | | | | | | | |
| B-73 | | | Exhibit Omitted | | | | | | | | |
| B-74 | | | Exhibit Omitted | | | | | | | | |
| B-75 | | | Exhibit Omitted | | | | | | | | |
| B-76 | | | Exhibit Omitted | | | | | | | | |
| B-77 | | | Exhibit Omitted | | | | | | | | |
| B-78 | | | Exhibit Omitted | | | | | | | | |
| B-79 | | | Exhibit Omitted | | | | | | | | |
| B-80 | | | Exhibit Omitted | | | | | | | | |
| B-81 | | | Exhibit Omitted | | | | | | | | |
| B-82 | | | Exhibit Omitted | | | | | | | | |
| B-83 | | | Exhibit Omitted | | | | | | | | |
| B-84 | | | Exhibit Omitted | | | | | | | | |
| B-85 | | | Exhibit Omitted | | | | | | | | |
| B-86 | | 10/5/09 | Emails between Alex | 193 | CHRISTOU 16065- | X | | | | | |

## DEFENDANTS BRADLEY ROULIER'S AND BMJ&J, LLC'S AMENDED EXHIBIT LIST 6/26/13
### 10-cv-02912-RBJ-KMT
### Regas Christou, et al. v. Bradley Roulier & BMJ&J, L.L.C.

| DEF EXH | WITNESS (Court use only) | Doc Date | DESCRIPTION | DEP EXH | SOURCE | STIP. | OFF'D | REC'D | REJECT'D | RULING RESERVED | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Chaykin, Jonny Schuman, April Anne Chase, and Thomas Turner re: Vinyl NYE |  | 16067 |  |  |  |  |  |  |
| B-87 |  | 3/14/2008 | E-mails between April Chase, Regas Christou, and Jonny Shuman and re: Harvey |  | CHRISTOU-040155 |  |  | 6-25-13 |  |  |  |
| B-88 |  | 9-28-07 | Email from Roulier to Regas |  |  |  |  | 6-28-13 |  |  |  |
| B-89 |  | 12-7-05 | Email from Roulier to melissa, Regas |  |  |  |  | 6-28-13 |  |  |  |
| B-90 | ✓ | 10-20-06 | Email from Rosen to Roulier |  |  |  |  | 6-28-13 |  |  |  |

B-91    Professor Phillips definitions    7-2-13

Defendants reserve the right to use any exhibit listed by any other party, any exhibit necessary to rebut or impeach another party's evidence, any document identified as a result of deposition designations or counter-designations, any document which is an exhibit to a deposition taken or scheduled in this litigation, and any document which has been produced in this litigation.

Nothing contained herein or in any prior communication is intended to waive any rights, claims, or defenses allowed by law, and all such rights, claims, and defenses are hereby expressly reserved, including but not limited to the right to supplement and/or amend Defendants' Exhibit List.

rec'd

B-92   -chart re: Average track length   7-2-13
B-93   -DJ salary chart   7-2-13
B-94   -Church A list + non A-list DJ salary   7-2-13
B-95   -Vinyl DJ cover charge   7-2-13
B-96   -church DJ cover charge   7-2-13
B-97   estimated industry sales   7-2-13
B-98   Average # of shows   7-2-13
B-99   Average A-list DJ salary   7-2-13

Page 13

| | | |
|---|---|---|
| C-1 | Summary of performances by week | 7-2-13 |
| C-2 | revenue + profit Analyses | 7-2-13 |
| C-3 | receipts for 2005-2011 returns | 7-2-13 |
| C-4 | Total income graph | 7-2-13 |
| C-5 | NET PROFITS FOR Church & Vinyl Paparazzi in 2005-2011 TAX RETURNS | 7-3-13 |
| C-8 | Average Net Profits for Church & Vinyl | 7-3-13 |
| C-9 | "Connecting the dots" | 7-3-13 |
| C-10 | Econometric Model of Beatport Monthly Log Revenue | 7-3-13 |
| C-11 | | 7-3-13 |