IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action No. 10-cv-02912-RBJ

R.M.C. HOLDINGS, LLC, and
BOUBOULINA, INC.,

    Plaintiffs,

v.

BRADLEY ROULIER, and
BMJ&J, LLC,

    Defendants.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 10th day of July, 2013.

                                           BY THE COURT:

                                           R. Brooke Jackson, U.S. District Judge

_____              _____
Counsel for Plaintiff                                  Counsel for Defendant